UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Lelia Inez Harris                                    Docket No. 5:21-CR-314-5M

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lelia Inez Harris, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 5 Grams or More of Methamphetamine, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(B); and Distribution of 5 Grams or More of Methamphetamine and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B), and 18 U.S.C. § 2, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on June 29, 2022, to the custody of the Bureau of Prisons for a term of 55 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 4 years.

Lelia Inez Harris was released from custody on September 6, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 9, 2006, the defendant pled guilty to felonious Sexual Assault on a Child in the 371st District Court of Fort Worth Tarrant County in Fort Worth, Texas, and sentenced to 5 years custody. The same resulted in her status as a registered sex offender. It is respectfully recommended that the conditions of supervised release be modified to include a psycho-sexual evaluation to have Harris evaluated to ensure she does not have any sexual interest in minors while on supervision. If testing concludes that such an interest exits, the court will be notified to ensure the defendant receives the appropriate treatment and additional conditions may be explored.

On October 2, 2024, the defendant provided a urine sample that tested positive for marijuana. Harris admitted to using CBD products (gummies) on approximately September 21, 2024, and apologized for her actions. The defendant has agreed to report for a substance abuse evaluation to address any substance abuse concerns. The defendant signed a Waiver of Hearing agreeing to both above-noted proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Lelia Inez Harris
Docket No. 5:21-CR-314-5M
Petition For Action
Page 2

Reviewed and approved,

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: October 8, 2024

## ORDER OF THE COURT

Considered and ordered this 9th day of October, 2024, and ordered filed and made a part of the records in the above case.

_____
Richard E. Myers II
Chief United States District Judge